# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM H. CONNER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HARRAH'S OPERATING CO., INC. et al.,<br><br>　　　　Defendants. | 3:08-cv-00633-RCJ-WGC<br><br>**ORDER** |

　　　　This case arises out of an alleged conspiracy between Harrah's Operating Co., Inc. ("Harrah's") and three employees of the Nevada Gaming Control Board to recover an overpayment made to a gambler, Plaintiff William Conner. The Court granted summary judgment on all claims except those arising under 42 U.S.C. § 1983 and denied qualified immunity to the individual Defendants. The Court of Appeals reversed the denial of qualified immunity. The mandate has not yet issued, but the remaining Defendant, Harrah's, has asked the Court to reconsider granting it summary judgment on the sole remaining claim against it for § 1983 conspiracy based upon the Court of Appeals' ruling. Also pending before the Court is Plaintiff's motion for fifteen days to respond to the motion to reconsider, starting from the date the Court spreads the mandate upon its records.

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Extend Time (ECF No. 100) is GRANTED.  Plaintiff shall have fifteen days to respond to the Motion to Reconsider (ECF No. 99) from the date this Court spreads the mandate on its records.  Harrah's shall have the standard time to reply.

IT IS SO ORDERED.

Dated this 15th day of May, 2012.

_____
ROBERT C. JONES
United States District Judge