| ✓ FILED | _____ RECEIVED |
|---------|----------------|
| _____ ENTERED | _____ SERVED ON |
| | COUNSEL/PARTIES OF RECORD |

DEC 2 0 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

WILLIAM H. CONNER                    )   CASE NO.   3:08-CV-0633-RCJ-VCF
                                     )
        Plaintiff(s),                )   ORDER OF THE COURT
                                     )
vs.                                  )
                                     )
HARRAH'S OPERATING COMPANY, INC.)
                                     )
        Defendant(s).                )
_____)

        The Court having ordered the jury impaneled in the above-entitled action to be kept together during the period of deliberation, now, therefore,

        IT IS ORDERED that all meals for said jury shall be paid by the Clerk of the Court.


        DATED this____28TH____day of __November__,2012

                        ROBERT C. JONES
                        CHIEF UNITED STATES DISTRICT JUDGE