UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIAM H. CONNER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HARRAH'S OPERATING COMPANY, INC., a Nevada Corporation,<br><br>　　　　　Defendant. | Case No. 3:08-CV-00633-RJC-WGC<br><br>**PROPOSED JUDGMENT<br>ON THE JURY VERDICT** |

This action came on for trial before the Court and a jury on November 26, 2012, Honorable Robert C. Jones, presiding, and the issues having been duly tried and the jury having duly rendered its verdict in favor of Defendant Harrah's Operating Company, Inc.,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment shall be entered in favor of Defendant Harrah's Operating Company, Inc. and against Plaintiff William H. Conner. Defendant Harrah's Operating Company, Inc. may seek costs and fees as permitted by law.

Dated this 7th day of January, 2013.

_____
ROBERT C. JONES
UNITED STATES CHIEF DISTRICT JUDGE

Submitted by:
Tiffinay Barker Pagni, Esq.
Christopher Rusby, Esq.
Lemons, Grundy & Eisenberg
6005 Plumas Street, Suite 300
Reno, Nevada 89519
(775) 786-6868